**COM.**

v.

**GRIFFIN, R.**

**1478 EDA 2016**

Superior Court of Pennsylvania.

05/15/2017

CP–46–CR–0000784–2015

(Montgomery)

Affirmed

**COM.**

v.

**LONGO, J.**

**2505 EDA 2016**

Superior Court of Pennsylvania.

05/15/2017

CP–64–CR–0000015–2012

(Wayne)

Affirmed—Application to Withdraw as Counsel Granted

**FLEETWAY CAPITAL CORP.**

v.

**SH & T EXPRESS, LLC**

**1853 EDA 2016**

Superior Court of Pennsylvania.

05/15/2017

04827 Feb. Term, 2016

(Philadelphia)

Affirmed

**COM.**

v.

**SAULA–RIVERA, M.**

**2806 EDA 2016**

Superior Court of Pennsylvania.

05/15/2017

Reargument Denied 7/14/2017

CP–45–CR–0001163–2007

(Monroe)

Affirmed